CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Jesus J Diaz**<br>DOB: 2001; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05223MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
**COUNT 1:** On or about July 17, 2026, in the District of Arizona, **Jose Jesus J Diaz**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Jose Cordova-Salaya and Maria De Los Angeles Hernandez-Almeida, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On July 17, 2026, in the District of Arizona (Naco), at approximately 7:25 p.m., Border Patrol Agents (BPAs) were advised of a vehicle picking up several suspected illegal aliens near the intersection of Bisbee Junction Road and Purdy Lane. The intersection is located approximately one and a half miles north of the International Boundary Fence (IBF) with Mexico. The intersection is a commonly used location for alien smuggling due to its remote nature and proximity to the border. At 7:13 p.m., camera images were received of a red Nissan sedan making a 35 second turn around near the intersection. Prior to the vehicle appearing on camera, BPAs were actively looking for multiple illegal aliens in the same area. Shortly after that, camera operators obtained visual of one subject walking to the vehicle and entering it at the intersection. The vehicle then traveled north on Arizona Street. BPAs conducted a vehicle stop with the vehicle on Arizona Street north of Swan Road. As BPAs approached the vehicle, they made contact with the driver, identified as **Jose Jesus J Diaz**, a United States citizen. He was asked to roll down the back passenger window and BPAs observed three individuals in the back seat laying on the floorboard and seat. All three passengers were wearing camouflage clothing consistent with that used by Alien Smuggling Organizations (ASOs). Their clothing appeared wet and covered in dirt and brush. When asked if there were any weapons, **Diaz** disclosed there was a handgun in the driver's side door panel. BPAs performed an immigration inspection of the passengers. They were later identified as Jose Cordova-Salaya, Maria De Los Angeles Hernandez-Almeida, and Rosario Reyes-Garcia. All of the subjects admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed none of the subjects were in possession of the proper documentation to enter, pass through, or remain in the United States. Further checks revealed Reyes-Garcia was previously deported from the United States on May 29, 2025, through Alexandria, Louisiana.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jose Cordova-Salaya and Maria De Los Angeles Hernandez-Almeida

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|

**Sworn by telephone** _x_

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera [signature] | DATE<br>July 20, 2026 |
|---|---|

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

Continued from front page.

26-05223MJ

Material witness Maria De Los Angeles Hernandez-Almeida stated she is a citizen of Mexico and made arrangements to cross the International Boundary Fence (IBF). She had to pay $140,000 MXN for her crossing. She had to pay a smuggling fee of $40,000 MXN before crossing. She wanted to get to Mississippi to work. She crossed the IBF on July 17, 2026, with another subject. She was wearing camouflage. They were being guided by phone to a dirt road, waiting to get picked up. A four-door red car picked them up. She did not know the make or model of the vehicle. The driver told them to get inside the car. She got in the back seat and sat on the floor on the passenger side, still wearing camouflage. The driver told them to be quiet and to stay still. She described the driver as being tall and skinny. She did not get a good look at the driver's face or his clothing. She stated the driver was alone.

Material witness Jose Cordova-Salaya stated he is a citizen of Mexico and his family made arrangements for him to cross the IBF. He had to pay a smuggling fee of $2,000 USD for his crossing. He wanted to get to Mississippi to work. He crossed the IBF on July 17, 2026, in the morning with one other subject. He was wearing camouflage. They were being guided by phone to a house, waiting to get picked up. He was told a red car would pick them up. He did not know the make or model of the vehicle. He got in the back seat and sat on the floor, still wearing camouflage. He asked the driver where they were going and the driver did not say anything. Instead, he was yelled at by whoever the driver was on the phone with. He described the driver as having fair skin, tall, and had short hair wearing a blue or black shirt. He did not get a good look at the driver's face. He stated the driver was alone.

After waiving his *Miranda* rights, **Diaz** admitted to knowing the three subjects in his car were illegal aliens. **Diaz** admitted he had picked them up at an intersection, and he was going to be paid $1,200 USD per person. He was instructed via "WhatsApp" on his cell phone to drive the three aliens to Phoenix, Arizona.